| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|

**Entity Name:**

NS8, INC.

**Entity Number:**

E0365482016-8

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

08/17/2016

**NV Business ID:**

NV20161489123

**Termination Date:**

Perpetual

**Annual Report Due Date:**

8/31/2020

**Domicile Name:**

**Jurisdiction:**

Delaware

Exhibit 1

| REGISTERED AGENT INFORMATION |
|---|
| **Name of Individual or Legal Entity:** |
| NS8, INC. C/O CEO |
| **Status:** |
| Active |
| **CRA Agent Entity Type:** |
| **Registered Agent Type:** |
| Non-Commercial Registered Agent |
| **NV Business ID:** |
| **Office or Position:** |
| **Jurisdiction:** |
| **Street Address:** |
| 11616 ZAGARPLO LN, LAS VEGAS, NV, 89141, USA |
| **Mailing Address:** |
| **Individual with Authority to Act:** |
| **Fictitious Website or Domain Name:** |

OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Treasurer | DAVID JARRICK | 241 W. CHARLESTON BLVD., SUITE 111, Las Vegas, NV, 89102, USA | 09/06/2019 | Active |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | ADAM ROGAS | 241 W. CHARLESTON BLVD., SUITE 111, LAS VEGAS, NV, 89102, USA | 12/10/2018 | Active |
| Secretary | ERIC KAY | 241 W. CHARLESTON BLVD., SUITE 111, LAS VEGAS, NV, 89102, USA | 12/10/2018 | Active |
| Director | ADAM ROGAS | 241 W. CHARLESTON BLVD., SUITE 111, LAS VEGAS, NV, 89102, USA | 12/10/2018 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 10,000,000 | 0.000100000000 |

Page 1 of 1, records 1 to 1 of 1

○ Unlimited Foreign Entities Only

○ No Stock Foreign Entities Only

Number of No Par Value Shares:

0

Total Authorized Capital:

10,000

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

**STATE OF WYOMING ∗ SECRETARY OF STATE**
**EDWARD A. BUCHANAN**
**BUSINESS DIVISION**

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| **Name** | **NS8 FP, LLC** |
| **Filing ID** | 2019-000870660 |
| Type | Limited Liability Company |

Status  Active

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/13/2019 1:24 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

30 N Gould St
Ste N
Sheridan, WY 82801

**Mailing Address**

30 N Gould St
Ste N
Sheridan, WY 82801

**Registered Agent Address**

Northwest Registered Agent Service, Inc.
30 N Gould St Ste N
Sheridan, WY 82801

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Northwest Registered Agent Service, Inc. 30 N Gould St Ste N, Sheridan, WY 82801 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **NS8 FP, LLC** | | |
| **Filing ID** | **2019-000870660** | | |
| Type | Limited Liability Company | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2020 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 05832910 |
| AR Date | 7/21/2020 2:12 PM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|

**Principal Address**  
30 N Gould St  
Ste N  
Sheridan, WY 82801

**Mailing Address**  
30 N Gould St  
Ste N  
Sheridan, WY 82801

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 05832910 | Original | 07/21/2020 | 2020 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2020-002862597 | RA Name/Address Change | 06/22/2020 |
| See Filing ID | Initial Filing | 08/13/2019 |

| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|

**Entity Name:**

NS8 FP, LLC

**Entity Number:**

E8791852020-9

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

08/27/2020

**NV Business ID:**

NV20201879289

**Termination Date:**

Perpetual

**Annual Report Due Date:**

8/31/2021

**Series LLC:**

☐

**Restricted LLC:**

☐

| REGISTERED AGENT INFORMATION |
|---|
| **Name of Individual or Legal Entity:** <br> CLARK AGENCY LLC <br><br> **Status:** <br> Active <br><br> **CRA Agent Entity Type:** <br><br> **Registered Agent Type:** <br> Commercial Registered Agent <br><br> **NV Business ID:** <br><br> **Office or Position:** <br><br> **Jurisdiction:** <br> NEVADA <br><br> **Street Address:** <br> 6910 S. CIMARRON RD., SUITE 240, LAS VEGAS, NV, 89113, USA <br><br> **Mailing Address:** <br><br> **Individual with Authority to Act:** <br> BRYAN R CLARK <br><br> **Fictitious Website or Domain Name:** |

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | Adam Rogas | 9813 Moon Valley Pl., Las Vegas, NV, 89134, USA | 08/27/2020 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

2020 MVP, LLC

**Entity Number:**

E7924902020-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

07/17/2020

**NV Business ID:**

NV20201841974

**Termination Date:**

Perpetual

**Annual Report Due Date:**

7/31/2021

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CLARK AGENCY LLC

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

6910 S. CIMARRON RD., SUITE 240, LAS VEGAS, NV, 89113, USA

**Mailing Address:**

**Individual with Authority to Act:**

BRYAN R CLARK

**Fictitious Website or Domain Name:**

OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | 2020 MVP Residence Trust | 9813 Moon Valley Pl, Las Vegas, NV, 89134, USA | 07/17/2020 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ROGASSI ENTERPRISES, LLC

**Entity Number:**

E0171712009-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/02/2009

**NV Business ID:**

NV20091059670

**Termination Date:**

Perpetual

**Annual Report Due Date:**

4/30/2021

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NEVADA LLC SOLUTIONS, LLC

**Status:**

Active

**CRA Agent Entity Type:**

CRA - Limited-Liability Corporation

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20111755960

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

2445 FIRE MESA ST STE 100, LAS VEGAS, NV, 89128, USA

**Mailing Address:**

**Individual with Authority to Act:**

LINDA LAND

**Fictitious Website or Domain Name:**

### OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | ADAM P ROGAS | 9813 MOON VALLEY PLACE, Las Vegas, NV, 89134, USA | 04/30/2020 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results