| | |
|---|---|
| From: | Adam Rogas <adam@ns8.com> |
| Sent: | Tuesday, September 1, 2020 4:55 PM |
| To: | Tiffany ▓▓▓▓▓ ; Eric ▓▓▓▓▓ |
| Cc: | ▓▓▓▓▓ |
| Subject: | NS8 & My Family |

It is with a heavy heart that I must tender my resignation as CEO and Chairman of NS8 Inc effective today at 1:00 PST.

Over the course of the last year, and increasingly during the last several weeks, my responsibilities to the Company have exacted an increasingly burdensome toll on my personal life, health, and in particular upon my family and its welfare. The pandemic and the fall of my father has also emphasized to me both how fragile life really is, and how much my family truly means to me.

There is nothing I want more than to see NS8 continue forward successfully and I am committed to finding a cooperative means of ensuring this.

I have enlisted the help of counsel, William Sullivan at Pillsbury Winthrop LLP, to act as my representative over the course of the transition to ensure we all keep perspective of our shared goals and desired ultimate outcome in the best interests of the Company and its investors.

Regards,

Adam Rogas



**Adam Rogas**
Chief Executive Officer



adam@ns8.com
**T** +1 (650) 420-6910   **M** +1 (702) 807-0228
NS8.COM

Exhibit 3

HIGHLY CONFIDENTIAL                                                                                          NS8-DOJ_0002255