**EXHIBIT A**

**SCHEDULE OF PURCHASERS**

**Initial Closing: Scheduled for September 16, 2019**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Series A-2 Preferred Stock Shares Purchased | Note Indebtedness Cancellation | Cash Payment | Total Purchase Amount |
|---|---|---|---|---|---|
| ███ | 552,837 | | | $10,422,912.38 | $10,422,912.38 |
| ███ | 242,771 | | | $4,577,083.05 | $4,577,083.05 |
| ███ | 450,844 | | | $8,499,987.36 | $8,499,987.36 |
| ███ | 79,560 | 792,940 | $4,152,712.33 | $1,499,984.46 | $5,652,696.79 |
| ███ | | 699,069 | $3,661,095.89 | | $3,661,095.89 |
| ███ | | 228,539 | $1,196,882.19 | | $1,196,882.19 |
| ███ | | 156,996 | $822,206.03 | | $822,206.03 |
| ███ | | 198,729 | $1,040,767.12 | | $1,040,767.12 |
| ███ | | 96,125 | $503,416.71 | | $503,416.71 |
| **Total** | 1,326,012 | 2,172,398 | $11,377,080.27 | $24,999,967 | $36,377,048 |

Exhibit 5

**Additional Closing: Scheduled for November 7, 2019**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Series A-2 Preferred Stock Shares Purchased | Note Indebtedness Cancellation | Cash Payment | Total Purchase Amount |
|---|---|---|---|---|---|
| ███ | 45,084 | | | $849,991.20 | $849,991.20 |

███

By: _____

Name: _____
                (print)

Title: _____


NS8 INC.

By: _____ *[signature]*

Name: Adam Rogas
                (print)

Title: Chief Executive Officer

**Additional Closing: Scheduled for November 27, 2019**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Series A-2 Preferred Stock Shares Purchased | Note Indebtedness Cancellation | Cash Payment | Total Purchase Amount |
|---|---|---|---|---|---|
| [redacted] | 1,280,929 | | | $24,149,994.91 | $24,149,994.91 |

NS8 INC.

By: _____

Name: Adam Rogas
                (print)

Title: Chief Executive Officer

**Additional Closing: Scheduled for November 27, 2019**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Series A-2 Preferred Stock Shares Purchased | Note Indebtedness Cancellation | Cash Payment | Total Purchase Amount |
|---|---|---|---|---|---|
| [REDACTED] | 1,280,929 | | | $24,149,994.91 | $24,149,994.91 |

[REDACTED]

NS8 INC.

By: _____ (signature)

Name: Adam Rogas
                (print)

Title: Chief Executive Officer