EXHIBIT A

## SCHEDULE OF PURCHASERS

**Initial Closing: April 21, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 795,608 | $14,999,995.43 |
|  | 1,326,013 | $24,999,986.10 |
| **Total** | **2,121,621** | **$39,999,981.53** |

**Second Closing: April 23, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 276,419 | $5,211,456.52 |
|  | 121,385 | $2,288,541.19 |
|  | 106,081 | $1,999,998.14 |
|  | 23,868 | $449,995.34 |
|  | 15,912 | $299,996.90 |
| **Total** | **543,665** | **$10,249,988.09** |

**Third Closing: April 27, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 931,487 | $17,561,790.15 |

**Fourth Closing: April 28, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 106,081 | $1,999,998.14 |

Exhibit 6

**Fifth Closing: April 29, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 53,041 | $1,000,008.49. |
|  | 79,561 | $1,500,003.31 |
| **Total** | **132,602** | **$2,500,011.80** |

**Sixth Closing: May 1, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 2,652 | $49,999.49 |

**Seventh Closing: May 5, 2020**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 26,520 | $499,994.82 |

**Eighth Closing**

| Name, Address and E-Mail of Purchaser | Series A-1 Preferred Stock Shares Purchased | Purchase Amount |
|---|---|---|
|  | 14,851 | $279,993.33 |
|  | 3,712 | $69,984.20 |
| **Total** | **18,563** | **$349,977.53** |