**Silicon Valley Bank**
3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

NS8 INC.
OPERATING ACCOUNT
241 W. CHARLESTON BLVD.
SUITE 111
LAS VEGAS NV 89141

**June 2020**
Reporting Activity 06/01 - 06/30     Page 1 of 26

### Managing Your Accounts

 Phone: (408) 654 4636
 Toll-Free: (800) 774 7390
 Email: clientservice@svb.com
Online: www.svb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | | $15,692,536.72 |
| **Total Balance** | | **$15,692,536.72** |

## Analysis Checking -

### Account Summary

| Date | Description | |
|---|---|---|
| 06/01/2020 | Beginning Balance | $92,164,634.81 |
| 06/30/2020 | Ending Balance | $15,692,536.72 |
| | Total debits this period | $76,822,075.62 |
| | Total credits this period | $349,977.53 |
| | Service Charge | $0.00 |

Silicon Valley Bank has made important changes to our Deposit Agreement and Disclosure Statement ("Deposit Agreement") with you *effective July 1, 2020*. Please review the attached overview of changes, and visit www.svb.com/pdf/business-dads for the revised Deposit Agreement. No action is required. Your continued use or maintenance of your account(s), product(s) and service(s) with us on and after the above effective date constitutes your agreement to the terms and conditions of the revised Deposit Agreement.

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2020 | Beginning Balance | | | $92,164,634.81 |
| 06/01/2020 | GOOGLE ADWORDS:41 US0027X9FF NS8, Inc. | -$500.00 | $0.00 | $92,164,134.81 |
| 06/01/2020 | GOOGLE ADWORDS:41 US0027XDEC NS8, Inc. | -$500.00 | $0.00 | $92,163,634.81 |


Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

**Exhibit 7**