|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Balance Comparison** **NS8 Revenue Account** | | | | | |
| 2 |   | **Actual Balance** |   | **Fake Balance** |   | **Falsely Inflated Amount** |
| 3 | Jan-18 | $101,189.80 |   | $1,138,353.63 |   | $1,037,163.83 |
| 4 | Feb-18 | $103,483.35 |   | $1,291,295.06 |   | $1,187,811.71 |
| 5 | Mar-18 | $77,823.09 |   | $1,444,413.21 |   | $1,366,590.12 |
| 6 | Apr-18 | $60,539.44 |   | $1,644,931.28 |   | $1,584,391.84 |
| 7 | May-18 | $63,864.84 |   | $1,925,578.12 |   | $1,861,713.28 |
| 8 | Jun-18 | $49,932.17 |   | $2,262,786.57 |   | $2,212,854.40 |
| 9 | Jul-18 | $51,052.84 |   | $2,690,807.00 |   | $2,639,754.16 |
| 10 | Aug-18 | $54,208.04 |   | $3,165,174.61 |   | $3,110,966.57 |
| 11 | Sep-18 | $56,635.29 |   | $3,730,668.41 |   | $3,674,033.12 |
| 12 | Oct-18 | $10,272.39 |   | $4,373,334.17 |   | $4,363,061.78 |
| 13 | Nov-18 | $1,869.86 |   | $5,136,414.04 |   | $5,134,544.18 |
| 14 | Dec-18 | $2,859,995.28 |   | $8,869,155.52 |   | $6,009,160.24 |
| 15 | Jan-19 | $4,076,163.35 |   | $15,145,101.78 |   | $11,068,938.43 |
| 16 | Feb-19 | $4,078,713.60 |   | $15,025,236.22 |   | $10,946,522.62 |
| 17 | Mar-19 | $3,925,343.94 |   | $15,787,765.08 |   | $11,862,421.14 |
| 18 | Apr-19 | $1,001,042.96 |   | $13,587,745.76 |   | $12,586,702.80 |
| 19 | May-19 | $1,004,558.83 |   | $14,993,052.97 |   | $13,988,494.14 |
| 20 | Jun-19 | $506,578.00 |   | $16,681,077.44 |   | $16,174,499.44 |
| 21 | Jul-19 | $12,284.67 |   | $17,479,624.51 |   | $17,467,339.84 |
| 22 | Aug-19 | $6,012.48 |   | $17,992,113.81 |   | $17,986,101.33 |
| 23 | Sep-19 | $5,636.10 |   | $23,745,307.13 |   | $23,739,671.03 |
| 24 | Oct-19 | $12,339.52 |   | $26,126,231.51 |   | $26,113,891.99 |
| 25 | Nov-19 | $22,726.71 |   | $29,150,181.27 |   | $29,127,454.56 |
| 26 | Dec-19 | $32,719.24 |   | $34,495,297.68 |   | $34,462,578.44 |
| 27 | Jan-20 | $39,005.42 |   | $38,149,825.57 |   | $38,110,820.15 |
| 28 | Feb-20 | $45,407.75 |   | $42,244,565.43 |   | $42,199,157.68 |
| 29 | Mar-20 | $52,983.78 |   | $46,945,839.43 |   | $46,892,855.65 |
| 30 | Apr-20 | $59,389.31 |   | $51,559,561.43 |   | $51,500,172.12 |
| 31 | May-20 | $70,363.81 |   | $56,193,852.43 |   | $56,123,488.62 |
| 32 | Jun-20 | $28,051.47 |   | $62,088,506.43 |   | $62,060,454.96 |
| 33 | Jul-20 | $37,950.95 |   | $69,455,666.43 |   | $69,417,715.48 |

Exhibit 9