## Top Left — Actual

**BANK OF AMERICA**

**Your checking account**

**Actual**

NSB INC | Account # ▇▇▇ | January 1, 2020 to January 31, 2020

### Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/02/20 | STRIPE DES:TRANSFER ID:ST-L7J38OQ5L8L3 INDN:NSB INC | CO ID:1800948598 | 57.55 |
| 01/02/20 | STRIPE DES:TRANSFER ID:ST-D0X5C6Y2U6U0 INDN:NSB INC | CO ID:1800948598 CCD | 6.45 |
| 01/06/20 | STRIPE DES:TRANSFER ID:ST-C9Z5X5U9C0N4 INDN:NSB INC | CO | 98.64 |
| 01/06/20 | STRIPE DES:TRANSFER ID:ST-T8U5M7E1T37X6 INDN:NET APPLICATIONS | CO | 98.80 |
| 01/06/20 | STRIPE DES:TRANSFER ID:ST-Q4Z6A7R8J2V5 INDN:NSB INC | CO ID:1800948598 | 57.56 |
| 01/07/20 | STRIPE DES:TRANSFER ID:ST-E1S4A6V4T9J6 INDN:NSB INC | CO ID:1800948598 | 547.13 |
| 01/08/20 | STRIPE DES:TRANSFER ID:ST-L0Q5Z7E8I46N6 INDN:NSB INC | CO | 98.80 |
| 01/08/20 | STRIPE DES:TRANSFER ID:ST-O0Q0R7H6W1D5 INDN:NSB INC | CO | 81.37 |
| 01/10/20 | STRIPE DES:TRANSFER ID:ST-Q6D7E5K6T35O INDN:NSB INC | CO | 319.48 |
| 01/14/20 | STRIPE DES:TRANSFER ID:ST-B0O7R9G3S8W4 INDN:NET APPLICATIONS | CO | 291.00 |
| 01/14/20 | STRIPE DES:TRANSFER ID:ST-A1Y7K6H7L1C3 INDN:NSB INC | CO | 39.29 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-R7J6H9V9M5M0 INDN:NSB INC | CO | 361.84 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-J6H9M0J0V3E9 INDN:NET APPLICATIONS | CO | 291.00 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-V5Q1F7C2Z6R3 INDN:NSB INC | CO | 76.98 |
| 01/16/20 | STRIPE DES:TRANSFER ID:ST-K6O6O0T5Z8H3 INDN:NSB INC | CO | 1.25 |

continued on the next page

Bank of America Business Advantage

💡 **Your Digital Tip** — Guaranteed next-day or 3-day bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the select Send Money to Someone or a Busine...

[Exhibit 10 — ExhibitSticker.com]

Page 3 of 6

## Top Right — Falsified

**BANK OF AMERICA**

**Your checking account**

**Falsified**

NSB INC | Account # ▇▇▇ | January 1, 2020 to January 31, 2020

### Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/02/20 | STRIPE DES:TRANSFER ID:ST-L7J38OQ5L8L3 INDN:NSB INC | CO ID:1800948598 | 57.55 |
| 01/02/20 | STRIPE DES:TRANSFER ID:ST-D0X5C6Y2U6U0 INDN:NSB INC | CO ID:1800948598 CCD | 6.45 |
| 01/06/20 | STRIPE DES:TRANSFER ID:ST-C9Z5X5U9C0N4 INDN:NSB INC | CO | 98.64 |
| 01/06/20 | SHOPIFY DES:TRANSFER ID:X INDN:NSB INC | CO ID:XXXXX CCD | 500,000.00 |
| 01/06/20 | STRIPE DES:TRANSFER ID:ST-Q4Z6A7R8J2V5 INDN:NSB INC | CO ID:1800948598 | 57.56 |
| 01/07/20 | SHOPIFY DES:TRANSFER ID:X INDN:NSB INC | CO ID:XXXXX | 500,000.00 |
| 01/08/20 | STRIPE DES:TRANSFER ID:ST-L0Q5Z7E8I46N6 INDN:NSB INC | CO | 999,999.99 |
| 01/08/20 | SHOPIFY DES:TRANSFER ID:X INDN:NSB INC | CO | 500,000.00 |
| 01/10/20 | STRIPE DES:TRANSFER ID:ST-Q6D7E5K6T35O INDN:NSB INC | CO | 319.48 |
| 01/14/20 | STRIPE DES:TRANSFER ID:ST-B0O7R9G3S8W4 INDN:NSB INC | CO | 291.00 |
| 01/14/20 | STRIPE DES:TRANSFER ID:ST-A1Y7K6H7L1C3 INDN:NSB INC | CO | 39.29 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-R7J6H9V9M5M0 INDN:NSB INC | CO | 361.84 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-J6H9M0J0V3E9 INDN:NSB INC | CO | 291.00 |
| 01/15/20 | STRIPE DES:TRANSFER ID:ST-V5Q1F7C2Z6R3 INDN:NSB INC | CO | 76.98 |
| 01/16/20 | STRIPE DES:TRANSFER ID:ST-K6O6O0T5Z8H3 INDN:NSB INC | CO | 1.25 |

continued on the next page

Bank of America Business Advantage

💡 **Your Digital Tip** — Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the Transfers | Send tab, then select Send Money to Someone or a Business.

Page 3 of 6

## Bottom Left — Actual

**Actual**

NSB INC | Account # ▇▇▇ | January 1, 2020 to January 31, 2020

### Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/17/20 | STRIPE DES:TRANSFER ID:ST-J6Z2Y5Y7W4A1 INDN:NSB INC | CO ID:1800948598 | 909.85 |
| 01/21/20 | STRIPE DES:TRANSFER ID:ST-N9F0A7X2B8I8 INDN:NET APPLICATIONS | CO | 291.00 |
| 01/21/20 | STRIPE DES:TRANSFER ID:ST-B5O8X2Q3A6S5 INDN:NSB INC | CO | 28.78 |
| 01/22/20 | STRIPE DES:TRANSFER ID:ST-H8X2O1X4D7Z7 INDN:NSB INC | CO | 28.78 |
| 01/23/20 | STRIPE DES:TRANSFER ID:ST-G8Y6U7X1Y8O6 INDN:NSB INC | CO | 218.00 |
| 01/23/20 | STRIPE DES:TRANSFER ID:ST-L7Y4G4Q7M6E5 INDN:NET APPLICATIONS | CO | 98.80 |
| 01/23/20 | STRIPE DES:TRANSFER ID:ST-N9Z5A1N7R4X1 INDN:NSB INC | CO | 76.98 |
| 01/24/20 | STRIPE DES:TRANSFER ID:ST-B5G2K5F8V6Y2B INDN:NSB INC | CO ID:1800948598 | 152.83 |
| 01/24/20 | STRIPE DES:TRANSFER ID:ST-V1U5S9E46N2 INDN:NSB INC | CO ID:1800948598 | 48.20 |
| 01/26/20 | STRIPE DES:TRANSFER ID:ST-M1E1I1E2C2X8 INDN:NSB INC | CO ID:1800948598 | 584.90 |
| 01/28/20 | STRIPE DES:TRANSFER ID:ST-H4S4S1T88J4 INDN:NSB INC | CO ID:1800948598 | 222.68 |
| 01/29/20 | STRIPE DES:TRANSFER ID:ST-G3C5K7R8O0J8 INDN:NSB INC | CO ID:1800948598 | 434.90 |
| 01/29/20 | STRIPE DES:TRANSFER ID:ST-G3H5K7S3Q0N2 INDN:NSB INC | CO | 137.03 |
| 01/30/20 | STRIPE DES:TRANSFER ID:ST-D7J1Z0R0P9O8 INDN:NSB INC | CO ID:1800948598 | 662.66 |
| 01/30/20 | STRIPE DES:TRANSFER ID:ST-G2I1Z1H7N0O8 INDN:NSB INC | CO | 57.56 |
| **Total deposits and other credits** | | | **$6,374.18** |

### Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/17/20 | STRIPE DES:TRANSFER ID:ST-U5Y8C7F3Z3A5 INDN:NET APPLICATIONS | CO | -58.05 |
| 01/27/20 | STRIPE DES:TRANSFER ID:ST-B7S4Y4G3K0M3 INDN:NSB INC | CO | -29.95 |
| **Total withdrawals and other debits** | | | **-$88.00** |

Page 4 of 6

## Bottom Right — Falsified

**Falsified**

NSB INC | Account # ▇▇▇ | January 1, 2020 to January 31, 2020

### Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/17/20 | STRIPE DES:TRANSFER ID:ST-J6Z2Y5Y7W4A1 INDN:NSB INC | CO ID:1800948598 | 999,999.99 |
| 01/21/20 | STRIPE DES:TRANSFER ID:ST-N9F0A7X2B8I8 INDN:NSB INC | CO | 291.00 |
| 01/21/20 | STRIPE DES:TRANSFER ID:ST-B5O8X2Q3A6S5 INDN:NSB INC | CO | 28.78 |
| 01/22/20 | STRIPE DES:TRANSFER ID:ST-H8X2O1X4D7Z7 INDN:NSB INC | CO | 28.78 |
| 01/23/20 | STRIPE DES:TRANSFER ID:ST-G8Y6U7X1Y8O6 INDN:NSB INC | CO | 218.00 |
| 01/23/20 | SHOPIFY DES:TRANSFER ID:X INDN:NSB INC | CO ID:XXXXX | 500,000.00 |
| 01/23/20 | STRIPE DES:TRANSFER ID:ST-N9Z5A1N7R4X1 INDN:NSB INC | CO | 999,999.99 |
| 01/24/20 | SHOPIFY DES:TRANSFER ID:X INDN:NSB INC | CO | 227,560.00 |
| 01/24/20 | STRIPE DES:TRANSFER ID:ST-V1U5S9E46N2 INDN:NSB INC | CO ID:1800948598 | 48.20 |
| 01/26/20 | STRIPE DES:TRANSFER ID:ST-M1E1I1E2C2X8 INDN:NSB INC | CO ID:1800948598 | 584.90 |
| 01/28/20 | STRIPE DES:TRANSFER ID:ST-H4S4S1T88J4 INDN:NSB INC | CO ID:1800948598 | 222.68 |
| 01/29/20 | STRIPE DES:TRANSFER ID:ST-G3C5K7R8O0J8 INDN:NSB INC | CO ID:1800948598 | 434.90 |
| 01/29/20 | STRIPE DES:TRANSFER ID:ST-G3H5K7S3Q0N2 INDN:NSB INC | CO | 137.03 |
| 01/30/20 | STRIPE DES:TRANSFER ID:ST-D7J1Z0R0P9O8 INDN:NSB INC | CO ID:1800948598 | 662.66 |
| 01/30/20 | STRIPE DES:TRANSFER ID:ST-G2I1Z1H7N0O8 INDN:NSB INC | CO | 424,371.97 |
| **Total deposits and other credits** | | | **$5,656,190.00** |

### Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/17/20 | STRIPE DES:TRANSFER ID:ST-U5Y8C7F3Z3A5 INDN:NSB INC | CO | -58.05 |
| 01/27/20 | STRIPE DES:TRANSFER ID:ST-B7S4Y4G3K0M3 INDN:NSB INC | CO | -29.95 |
| 01/31/20 | Online Banking Transfer Conf# ydta4oqz6 - PrestaShop | | -184,870.00 |
| 01/31/20 | WIRE TYPE:WIRE OUT DATE:200131 TIME:1242 ET TRN:2020013100061141 BNF: AUTOMATIC INC TRN:2912128293339 REF:WOOCOMMERCE | | -105,502.00 |
| 01/31/20 | BILL.COM DES:PAYABLES ID: 5UJ97s4a3y421 INDN: | CO ID:1204695317 CCD | -1,711,202.11 |
| **Total withdrawals and other debits** | | | **-$2,001,662.11** |

Page 4 of 6