Appointment

**From:**
**Sent:** 11/21/2019 1:24:33 PM
**To:** ; Dave ; Adam Rogas
**CC:** ; ;
**Subject:** NS8 |
**Attachments:** image002.jpg; image003.jpg; image004.png; image005.png; image006.png; image007.png; image008.png; image009.gif; image001.jpg; Vegas agenda - 11.21.19.docx; Vegas supporting datapack.xlsx
**Location:** Skype Meeting - Dial-in

**Start:** 11/22/2019 3:00:00 PM
**End:** 11/22/2019 5:00:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

**=== External Email ===**

Join Skype Meeting
Trouble Joining? Try Skype Web App

Join by phone

\# (United States) English (United States)

Find a local number

Conference ID: 42311226131
Forgot your dial-in PIN? | Help

Exhibit

11

---

**From:** Dave >
**Sent:** Thursday, November 21, 2019 11:44 AM
**To:** Adam Rogas
**Cc:**
**Subject:** RE: Call: NS8 |

Thanks for the message and for all of the work provided so far. We can certainly have a call tomorrow to talk through the full agenda, and we will supply written answers to questions across the agenda document in advance of this call.

Best times for us tomorrow 11/22 would be between 1030-1:30 PST or any time after 3:00 PM PST.

Thanks,
Dave

**From:**
**Sent:** Thursday, November 21, 2019 10:37 AM
**To:** Dave ; Adam Rogas
**Cc:**
**Subject:** RE: Call: NS8

**=== External Email ===**

Dave,

Thank you for the information provided to date. We wanted to check back in on timing of request item #4 to help support reported ARR. Also, attached is an initial Q&A agenda with a supporting excel file we would like to discuss with you via an upcoming conference call. If possible, it would be great to have a meeting this Friday to talk through the questions, at least to the extent that provides you enough time to go through them. Many of the general questions are about income statement line items so we can confirm the nature of activities included in each line item and the related accounting. Please let us know your thoughts when you have a moment and we're happy to clarify any question at any time. Thank you.

Regards,

**From:** Dave
**Sent:** Saturday, November 16, 2019 7:00 PM
**To:** Adam Rogas
**Cc:**
**Subject:** RE: Call: NS8 |

We have updated the dropbox completing sections #1, #2, and adding the additional BofA Bank Statements, (sorry not sure how we missed that) through October for #5.

We are still working through #4 item and 2 of the additional follow up comments (re: headcount and rental agreements) and will add as soon as available.

As for the comment on #6, it might make sense to discuss via call as this report does include terminated employees. We can reconcile it back to the "Trinet" line item on the GL which is the PEO that provides our payroll services. European salaries are also along the EU line item.

Thanks, Dave

**From:**
**Sent:** Friday, November 15, 2019 11:12 AM
**To:** Dave ; Adam Rogas
**Cc:**
**Subject:** RE: Call: NS8

**=== External Email ===**

Dave, thank you for sharing all of the information to-date. Attached is an updated view of the requests from our perspective. Please let us know if you have any questions and we're happy to discuss. Once the remaining requests are provided we'll provide an agenda for a follow-up call in order to complete our procedures. Thank you.

Regards,

**From:** Dave
**Sent:** Wednesday, November 13, 2019 10:16 AM
**To:** ; Adam Rogas
**Cc:**
Dave >
**Subject:** RE: Call: NS8

We have been working through the diligence list and other areas items discussed on our kickoff call. We have prepared and are opening up the following data room categorized against the list of 10 items and are working to insure that we have everything supplied.

https://www.dropbox.com/

This dropbox is ordered with access to each of the 10 items by folder from the request, and a separate materials provided folder

Items 1,2, and 4 are currently in process. Some notes below on the items currently included.

1.
2.
3. File contains both standard contract examples for customer and partner, and includes a weblink to direct to recent contract updates
4.
5. Provided for current requested period (and includes prior period as requested by – One bank still needs to be updated here
6. Includes all 2018 payroll and 2019 YTD through Sept 2019. The format of our readout changed with our PEO in August so new format is provided for these months
7. N/A
8. Full Employee Census with start date, employee classification, and salary/bonus
9. Monthly reconciliation of cumulative hosting costs tied to P&L
10. All NS8 offices US and International

-The folder also includes the QBB extract file and instructions from that time period.

We will continue to provide updates to this dropbox as the materials are available. – Best, Dave

**From:** >
**Sent:** Wednesday, November 13, 2019 8:43 AM
**To:** Adam Rogas ; Dave >
**Cc:**
**Subject:** RE: Call: NS8

**=== External Email ===**

Adam and Dave,

We wanted to check in and see if there are any questions on our data requests and obtain an understanding on timing of receipt. Please know we're happy to obtain the information requested on a piecemeal basis and thank you again for your time.

Regards,



-----Original Appointment-----
**From:**
**Sent:** Friday, November 08, 2019 6:54 AM
**To:** Adam Rogas;
**Subject:** Call: NS8
**When:** Friday, November 08, 2019 10:45 AM-11:15 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https:/

Join Zoom Meeting
https:/

Meeting ID: 778 282 673





HIGHLY CONFIDENTIAL NS8-SEC-0024843



HIGHLY CONFIDENTIAL NS8-SEC-0024844