**To:** Jonathan ▮▮▮ Dave ▮▮▮
**From:** Will ▮▮▮
**Sent:** 2020-03-11T14:20:15-04:00
**Importance:** Normal
**Subject:** FW: Introduction NS8 and ▮
**Received:** 2020-03-11T14:20:15-04:00

Just an FYI...crazy...








NS8.COM

**From:** Will ▮▮▮
**Date:** Wednesday, March 11, 2020 at 11:18 AM
**To:** Adam Rogas ▮▮▮
**Subject:** Re: Introduction NS8 and ▮

Wow – On the previous downloaded statement in the old diligence files there is a transaction:
Old: 08/28/19 Transfer ID:ST-T9L1Q6P2X2P9 = $6.45
Current: 08/28/19 Transfer ID:ST-T9L1Q6P2X2P9 = $999,999.99
**Variance = $999,999.99 - $6.45 = $999,993.54**

The old Statement has an incorrect line item but the correct total...that is crazy!

**Previous:**

Exhibit 14

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 08/23/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-Q8A8R1C7J6M1 INDN:NS8 INC | CO | 28.78 |
| 08/26/19 | STRIPE CCD | DES:TRANSFER | ID:ST-X5L6U6P9P1L9 INDN:NS8 INC | CO ID:1800948598 | 28.78 |
| 08/27/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-I3Q5T9U3J9O0 INDN:NS8 INC | CO | 11.25 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-Z4M9Y357R6U8 INDN:NS8 INC | CO | 873.30 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-K5Q9G2M4T1F6 INDN:NS8 INC | CO | 377.90 |
| 08/28/19 | STRIPE CCD | DES:TRANSFER | ID:ST-Q0J9Y1Q1N1I1 INDN:NS8 INC | CO ID:1800948598 | 183.14 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-T9L1Q6P2X2P9 INDN:NS8 INC | CO | 6.45 |
| 08/29/19 | STRIPE CCD | DES:TRANSFER | ID:ST-T6T1P8J7E2W2 INDN:NS8 INC | CO ID:1800948598 | 158.01 |
| 08/29/19 | STRIPE CCD | DES:TRANSFER | ID:ST-H2D2L9F8J1K1 INDN:NS8 INC | CO ID:1800948598 | 57.56 |
| 08/30/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-X1L0O4X4G5P9 INDN:NS8 INC | CO | 24,455.80 |
| 08/30/19 | SHOPIFY | DES:TRANSFER | ID:X INDN:NS8 INC | CO ID:XXXXX CCD | 337,640.00 |
| Total deposits and other credits | | | | | $3,367,717.00 |

## Current:

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 08/23/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-Q8A8R1C7J6M1 INDN:NS8 INC | CO | 28.78 |
| 08/26/19 | STRIPE CCD | DES:TRANSFER | ID:ST-X5L6U6P9P1L9 INDN:NS8 INC | CO ID:1800948598 | 28.78 |
| 08/27/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-I3Q5T9U3J9O0 INDN:NS8 INC | CO | 11.25 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-Z4M9Y357R6U8 INDN:NS8 INC | CO | 873.30 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-K5Q9G2M4T1F6 INDN:NS8 INC | CO | 377.90 |
| 08/28/19 | STRIPE CCD | DES:TRANSFER | ID:ST-Q0J9Y1Q1N1I1 INDN:NS8 INC | CO ID:1800948598 | 183.14 |
| 08/28/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-T9L1Q6P2X2P9 INDN:NS8 INC | CO | 999,999.99 |
| 08/29/19 | STRIPE CCD | DES:TRANSFER | ID:ST-T6T1P8J7E2W2 INDN:NS8 INC | CO ID:1800948598 | 158.01 |
| 08/29/19 | STRIPE CCD | DES:TRANSFER | ID:ST-H2D2L9F8J1K1 INDN:NS8 INC | CO ID:1800948598 | 57.56 |
| 08/30/19 | STRIPE ID:1800948598 CCD | DES:TRANSFER | ID:ST-X1L0O4X4G5P9 INDN:NS8 INC | CO | 24,455.80 |
| 08/30/19 | SHOPIFY | DES:TRANSFER | ID:X INDN:NS8 INC | CO ID:XXXXX CCD | 337,640.00 |
| Total deposits and other credits | | | | | $3,367,717.00 |





NS8.COM

**From:** Adam Rogas
**Date:** Wednesday, March 11, 2020 at 10:54 AM
**To:** Will
**Subject:** FW: Introduction NS8 and

See attached.

-Adam



Adam Rogas
Chief Executive Officer

NS8

NS8.COM

**From:** Adam Rogas
**Date:** Tuesday, March 10, 2020 at 5:32 PM
**To:**
**Subject:** Re: Introduction NS8 and

I just re-pulled the statements from Aug through Feb for my own sanity.

-Adam

Adam Rogas
Chief Executive Officer

NS8

NS8.COM

**From:** ▮
**Date:** Tuesday, March 10, 2020 at 4:56 PM
**To:** Rick ▮, Will ▮, Adam Rogas ▮, Dave ▮
**Cc:** ▮
**Subject:** RE: Introduction NS8 and ▮

=== External Email ===

Thanks for coordinating Rick. Attached is the agenda we'd like to go over on the call tomorrow as well as a couple supporting files.

Regards,

**From:** Rick ▮
**Sent:** Tuesday, March 10, 2020 12:56 PM
**To:** ▮, Will ▮, Adam Rogas ▮, Dave ▮
**Cc:** ▮
**Subject:** Re: Introduction NS8 and ▮

No problem. Will send out this evening.

NS8

NS8.COM