# NS8 Inc
# Balance Sheet
## As of February 29, 2020

|  | Jan 2020 | Feb 2020 |
|---|---:|---:|
| **ASSETS** | | |
|   **Current Assets** | | |
|     **Bank Accounts** | | |
|       **Bill.com Money In Clearing** | 0.00 | 0.00 |
|       **Bill.com Money Out Clearing** | 0.00 | 0.00 |
|       **BofA Checking** | 38,149,825.57 | 42,244,565.43 |
|         Income Account Balance | 0.00 | 0.00 |
|       **Total BofA Checking** | $ 38,149,825.57 | $ 42,244,565.43 |
|       **Dutch BV COH** | 571,652.37 | 571,652.37 |
|       **SVB (Checking)** | 34,087,045.46 | 30,846,359.37 |
|       **TOTAL BUS CHK (       )** | 2,473.80 | 2,378.80 |
|     **Total Bank Accounts** | $ 72,810,997.20 | $ 73,664,955.97 |
|     **Other Current Assets** | | |
|       **Payroll Corrections** | 0.00 | 0.00 |
|     **Total Other Current Assets** | $ 0.00 | $ 0.00 |
|   **Total Current Assets** | $ 72,810,997.20 | $ 73,664,955.97 |
|   **Other Assets** | | |
|     **Security Deposits** | | 0.00 |
|       Las Vegas Office Deposit | 69,187.20 | 69,187.20 |
|     **Total Security Deposits** | $ 69,187.20 | $ 69,187.20 |
|   **Total Other Assets** | $ 69,187.20 | $ 69,187.20 |
| **TOTAL ASSETS** | $ 72,880,184.40 | $ 73,734,143.17 |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Credit Cards** | | |
|         **AMEX Open Gold** | 38,159.42 | 136,086.95 |
|         **SVB Corporate Card** | 86,026.16 | 62,851.27 |
|       **Total Credit Cards** | $ 124,185.58 | $ 198,938.22 |
|       **Other Current Liabilities** | | |
|         **Payroll Liabilities** | | 0.00 |
|           CA PIT / SDI | 0.00 | 0.00 |
|           CA SUI / ETT | 0.00 | 0.00 |
|           Federal Taxes (941/944) | 0.00 | 0.00 |
|           Federal Unemployment (940) | 0.00 | 0.00 |
|           FL Unemployment Tax | 0.00 | 0.00 |
|           NV UI Bond Obligation Assessment | 0.00 | 0.00 |
|           NV Unemployment Tax | 0.00 | 0.00 |
|           VA Income Tax | 0.00 | 0.00 |
|           VA SUI Employer | 0.00 | 0.00 |
|         **Total Payroll Liabilities** | $ 0.00 | $ 0.00 |
|       **Total Other Current Liabilities** | $ 0.00 | $ 0.00 |
|     **Total Current Liabilities** | $ 124,185.58 | $ 198,938.22 |

**Exhibit 16**