# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 20-CV-7628                                    Date Filed: _____

Plaintiff:
**U.S. Securities and Exchange Commission**

vs.

Defendant:
**Rogas, Adam**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Rogassi Enterprises, LLC, Registered Agent: Nevada LLC Solutions, LLC, 2445 Fire Mesa Street, Suite 100, Las Vegas, NV 89128**.

I, Diana Brown, do hereby affirm that on the **18th day of September, 2020** at **2:55 pm**, I:

Served Summons & Complaint; Plaintiff Securities and Exchange Commission's Notice of Motion and Ex Parte Emergency Motion for Asset Freeze, Order to Show Cause, and Other Relief; [Proposed] Asset Freeze and Order Granting Other Emergency Relief and Setting Hearing; Asset Freeze and Order Granting Other Emergency Relief and Setting Hearing; Memorandum of Law in Support of Plaintiff Securities and Exchange Commission's Ex Parte Emergency Motion for Asset Freeze, Order to Show Cause, and Other Relief; Declaration of Gregory A. Kasper; Declaration of Eric Day with Exhibits 1-20 personally to Michael Grossa as authorized recipient for registered agent of Rogassi Enterprises, LLC. Service occurred at Registered Agent: Nevada LLC Solutions, LLC, 2445 Fire Mesa Street, Suite 100, Las Vegas, NV 89128.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Diana Brown                                                   Date: 9/22/20
Process Server

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020007585
Ref: DRO-56120

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t