## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Civil Action No.** 20-cv-7628-PAC |
| **v.** | **ECF Case** |
| **ADAM P. ROGAS,** | |
| **Defendant,** | |
| **and** | |
| **NS8 FP, LLC, MVP 2020, LLC, AND ROGASSI ENTERPRISES, LLC** | |
| **Relief Defendants.** | |

### JOINT MOTION FOR ENTRY OF ASSET FREEZE, AND OTHER RELIEF

On September 17, 2020, this Court issued an emergency *ex parte* Order: (1) freezing $35,084,900 of funds and other assets of Defendant Adam Rogas and Relief Defendants NS8 FP, LLC, MVP 2020, LLC, and Rogassi Enterprises, LLC, wherever located; (2) requiring Defendant and Relief Defendants to provide accountings of all funds or other assets received in June 2020 through an equity redemption of NS8, Inc. securities; (3) prohibiting the destruction or alteration of documents; (4) providing for expedited discovery; (5) providing alternative service by the Commission; and (6) setting this matter for a hearing on September 25, 2020 requiring Defendant and Relief Defendants to appear and show cause why this relief should not continue pending resolution of this matter. Plaintiff Securities and Exchange Commission, Defendant Adam Rogas and Relief Defendants NS8 FP, LLC, MVP 2020, LLC, and Rogassi Enterprises,

LLC each hereby consent to issuance an Order (1) freezing $35,084,900 of funds and other

assets of Defendant Adam Rogas and Relief Defendants NS8 FP, LLC, MVP 2020, LLC, and

Rogassi Enterprises, LLC, wherever located pending resolution of the merits of this matter

through trial or otherwise; (2) prohibiting the destruction or alteration of documents and (3)

vacating the show cause hearing. A proposed order is submitted with this order.

Dated: September 23, 2020

                              Respectfully submitted,

                              */s Polly Atkinson*
                              Gregory A. Kasper
                              Polly Atkinson
                              Attorney for Plaintiff
                              U.S. Securities and Exchange Commission
                              1961 Stout Street, Suite 1700
                              Denver, CO 80294-1961
                               (303) 844-1046 (Atkinson)
                              KasperG@SEC.gov
                              AtkinsonP@SEC.gov


                              *s/ William M. Sullivan, Jr.*
                              William M. Sullivan, Jr.
                              Pillsbury Winthrop Shaw Pittman LLP
                              Attorney for Defendant Adam P. Rogas and
                              Relief Defendants

                              1200 Seventeenth Street NW
                              Washington, DC 20036-3006

                              31 West 52nd Street
                              New York, NY 10019-6131
                              (202) 663-8027
                              wsullivan@pillsburylaw.com