UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ADAM P. ROGAS,<br><br>      Defendant,<br><br>and<br><br>NS8 FP, LLC, MVP 2020, LLC, AND ROGASSI ENTERPRISES, LLC<br><br>      Relief Defendants. | Civil Action No. 20-cv-7628-PAC<br><br>ECF Case |

### UNOPPOSED MOTION TO MODIFY FREEZE ORDER

On September 24, 2020, this Court issued an order freezing $35,084,900 of funds and other assets of Defendant Adam Rogas and Relief Defendants NS8 FP, LLC, MVP 2020, LLC, and Rogassi Enterprises, LLC. [Doc. 21]. This order required banks to retain within their control and prohibit the withdrawal, removal, transfer or other disposal of any such funds or other assets. *Id*. As a result of this order Silicon Valley Bank froze $78,774.78 in account x3309. Silicon Valley Bank also holds the mortgage on real property owned by MVP 2020, occupied by Defendant Rogas and his family, and identified in and frozen by the Court's asset freeze order.

The SEC requests that the Court modify the asset freeze to allow payment of $5,866.37 per month from account x3309 beginning in October 2020 until resolution of this matter or until the mortgage is discharged. The SEC further requests that the Court order that all such payments

==will be used to pay current interest and principal and no such funds will be used to pay accrued interest, late fees, or any other sums resulting from non-payment of the mortgage loan, which will remain the sole obligation of Defendant Rogas.==

  Counsel for Defendant Rogas has authorized the undersigned to represent that he does not oppose this motion.

  Dated: October 15, 2020

                Respectfully submitted,

                */s Polly Atkinson*
                Gregory A. Kasper
                Polly Atkinson
                Attorney for Plaintiff
                U.S. Securities and Exchange Commission
                1961 Stout Street, Suite 1700
New York, NY  10/16/2020    Denver, CO 80294-1961
      SO ORDERED.   (303) 844-1046 (Atkinson)
                KasperG@SEC.gov
                AtkinsonP@SEC.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, the document above was served via email on those listed below:

William M. Sullivan, Jr.
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006
Email: wsullivan@pillsburylaw.com

*Counsel for Defendant Adam Rogas*

s/ *Polly A. Atkinson*