UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>Plaintiff<br><br>v.<br><br>**ADAM P. ROGAS**<br><br>Defendant<br><br>and<br><br>**NS8 FP, LLC**, *et al.*<br><br>Relief Defendants. | **Civil Action No. 20-cv-7628-PAC** |

## ~~[PROPOSED]~~ ORDER

**THIS MATTER**, having come before the Court through Defendants' Notice of Unopposed Motion and Unopposed Motion To Set Aside Default, the memorandum in support thereof, and the Court having considered the matter, it is hereby:

**ORDERED** that the Clerk's Office Certificate of Default as to Defendant Adam P. Rogas (ECF No. 32) shall be set aside and terminated from the docket in this civil action; and it is

**FURTHER ORDERED** the Clerk's Office Certificate of Default as to Relief Defendant NS8 FP, LLC (ECF No. 36) shall be set aside and terminated from the docket in this civil action; and it is

**FURTHER ORDERED** that the Clerk's Office Certificate of Default as to Relief Defendant Rogassi Enterprises, LLC (ECF No. 40) shall be set aside and terminated from the docket in this civil action; and it is

2

**FURTHER ORDERED** that, if the United States Department of Justice does not intervene in this matter seeking a stay of proceedings, then the Defendants shall file an answer or otherwise respond to the Complaint (ECF No. 1) by February 19, 2021.

**SO ORDERED.**

Dated: __2/9/2021__  _____

The Hon. Paul A. Crotty
United States District Judge