## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>Plaintiff<br><br>v.<br><br>**ADAM P. ROGAS**<br><br>Defendant<br><br>and<br><br>**NS8 FP, LLC,** *et al.*<br><br>Relief Defendants. | **Civil Action No. 20-cv-7628-PAC** |

## [~~PROPOSED~~] ORDER

**THIS MATTER**, having come before the Court through Defendants' Notice of Consent Motion and Consent Motion for Extension of Time to Respond to the Complaint, and the Court having considered the matter, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that if the Court does not grant the United States Department of Justice's pending motion to intervene and stay (ECF Nos. 45-46), then Defendants shall file an answer or otherwise respond to the Complaint (ECF No. 1) by March 5, 2021.

**SO ORDERED.**

Dated: 2/18/2021

_____

The Hon. Paul A. Crotty
United States District Judge