UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                   **Plaintiff,**<br><br>           v.<br><br>ADAM P. ROGAS,<br><br>                   **Defendant,**<br><br>and<br><br>NS8 FP, LLC, MVP 2020, LLC, AND ROGASSI ENTERPRISES, LLC<br><br>            **Relief Defendants.** | Civil Action No. 20-cv-7628-PAC<br><br>**ECF Case** |

## [~~PROPOSED~~] ORDER

**THIS MATTER,** having come before the Court through the SEC's Motion to Partially Lift the Stay to Amend Complaint, it is hereby:

**ORDERED** that the Court's stay order (Doc. No. 49) ("Stay Order") is hereby temporarily lifted to allow the SEC to file the amended complaint attached to Doc. No. 67; and it is

**FURTHER ORDERED** that the Court's Stay Order shall remain in effect in all other respects.

**SO ORDERED.**

Dated: _11/21/2022_                               _____
                                             The Hon. Paul A. Crotty
                                             United States District Judge