UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ADAM P. ROGAS, and<br>PAUL G. KOROL,<br><br>　　　　　　　　　　　Defendants,<br><br>and<br><br>NS8 FP, LLC, MVP 2020, LLC, AND ROGASSI ENTERPRISES, LLC<br><br>　　　　　　　　　　　Relief Defendants. | Civil Action No. 20-cv-7628-PAC<br><br>ECF Case |

## [PROPOSED] ORDER   *PAC*

**THIS MATTER**, having come before the Court through the parties' Joint Motion for Order Facilitating Repatriation of Crypto Assets, it is hereby:

**ORDERED** that Defendant Adam Rogas shall liquidate the crypto assets listed on Ex. A to the Motion (the "Assets") for the highest value he can obtain, and remit the proceeds of that liquidation to the registry of the Court. Such liquidation shall be completed within two weeks of the date of this Order; it is

**FURTHER ORDERED** that Mr. Rogas will liquidate the Assets in a manner that is auditable and verifiable, including by maintain records of the sale of the Assets and the transfer of the resulting funds into the registry of the Court; it is

**FURTHER ORDERED** that Mr. Rogas shall provide to the SEC a sworn accounting of the liquidation of the Assets, including (1) the date each Asset was purchased, (2) the date each Asset was sold, (3) the amount for which each Asset was purchased and sold, (4) and the complete details of the transactions involving the funds received from the sale of each Asset, from the initial deposit of those funds into an account or crypto wallet to the ultimate deposit of those funds into the registry of the Court. Mr. Rogas shall provide this sworn accounting to the SEC within three weeks of the date of this Order; it is

**FURTHER ORDERED** that Mr. Rogas shall take no other action with respect to the Assets, the resulting repatriated U.S. dollars, or his crypto or financial institution accounts other than having them liquidated and the resulting funds transferred to the Court's registry; and it is

**FURTHER ORDERED** that the Court's Asset Freeze Orders shall remain in effect in all other respects.

**SO ORDERED.**

Dated: 12/19/2022

The Hon. Paul A. Crotty
United States District Judge

2