UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br>                          Plaintiff, <br><br> v. <br><br> ADAM P. ROGAS, and <br> PAUL G. KOROL, <br><br>                          Defendants, <br><br> and <br><br> NS8 FP, LLC, MVP 2020, LLC, AND ROGASSI ENTERPRISES, LLC <br><br>                          Relief Defendants. | Civil Action No. 20-cv-7628-PAC <br><br> ECF Case |

## [~~PROPOSED~~] ORDER

**THIS MATTER**, having come before the Court through the July 28, 2023, joint letter submitted by Plaintiff Securities and Exchange Commission, Defendant Adam P. Rogas, and Relief Defendants NS8 FP, LLC, 2020 MVP, LLC and Rogassi Enterprises, LLC (the "Relief Defendants") notifying the Court of a settlement in principle, it is hereby:

**ORDERED** that the relief sought through the joint letter to the court dated July 28, 2023, is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the case deadlines as to Defendant Rogas and Relief Defendants are stayed.

2

**SO ORDERED.**

Dated: July 31, 2023

*/s/ Paul A. Crotty*

The Hon. Paul A. Crotty
United States District Judge

The parties are directed to provide an update on the settlement by September 29, 2023. SO ORDERED.