UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br>v.<br><br>ADAM P. ROGAS and PAUL G. KOROL,<br><br>*Defendants*,<br>and<br><br>NS8 FP, LLC, MVP 2020, LLC, and ROGASSI ENTERPRISES, LLC,<br><br>*Relief Defendants*. | 20-CV-7628 (RMB)<br><br><u>ORDER</u> |

Having reviewed the record, including the Case Management Plan, dated May 5, 2023 (ECF No. 119), which has previously been extended (ECF No. 159); prior motion practice; the Amended Complaint (ECF No. 79); and counsels' correspondence, including the March 22, 2024 joint letter (ECF No. 165) seeking a further extension of the discovery deadline which is currently April 5, 2024, the Court orders and directs as follows:

1. The Court denies without prejudice the joint request to further extend discovery in this 2020 case, except for the deposition of Mr. Rogas, which is to be held on April 24, 2024. The deposition of Mr. Korol is to be held on April 4, 2024, subject to the Court's review of the submission to be filed by the SEC by noon on March 25, 2024. *See In re Subpoena Issued to Dennis Friedman*, 350 F.3d 65, 69 (2d Cir. 2003); *Brown v. Astoria Fed. Sav. & Loan Ass'n*, 444 Fed. App'x 504, 505 (2d Cir. 2011).

1

2. Missing from the parties' recent requested extensions is an early trial date (September 2024) and, relatedly, a joint pre-trial schedule which the parties should submit to the Court no later than April 8, 2024 at noon.

3. The issues remaining in this case seem relatively straightforward and the Court is interested in fairly and efficiently concluding this case expeditiously.

Date: New York, New York
March 22, 2024

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J**