UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                *Plaintiff*,

v.

ADAM P. ROGAS and PAUL G. KOROL,

                *Defendants*,
and

NS8 FP, LLC, MVP 2020, LLC, and
ROGASSI ENTERPRISES, LLC,

                *Relief Defendants*.

20-CV-7628 (RMB)

ORDER

The Court recommends that the respective parties meet and confer with the Securities and Exchange Commission in effort to resolve all open issues prior to their respective conferences with the Court on April 9 and 10, 2024.

Date: New York, New York
March 26, 2024

RICHARD M. BERMAN, U.S.D.J