UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                    *Plaintiff,*

        v.

ADAM P. ROGAS and PAUL G. KOROL,

                    *Defendants,*

        and

NS8 FP, LLC, MVP 2020, LLC, and
ROGASSI ENTERPRISES, LLC,

                    *Relief Defendants.*

20-CV-7628 (RMB)

ORDER

       **THIS MATTER,** having come before the Court through the April 8, 2024 joint letter (Doc. 170) submitted by counsel for Plaintiff United States Securities and Exchange Commission, Defendants Adam P. Rogas and Paul G. Korol, and Relief Defendants NS8 FP, LLC, MVP 2020, LLC, and Rogassi Enterprises, LLC, proposing a joint pre-trial schedule, and the Court having considered the matter, it is hereby: ORDERED that the relief sought through the joint letter to the Court dated April 8, 2024, is hereby GRANTED; and the following pre-trial schedule is set:

|  | **Date** |
|---|---|
| All fact discovery to be completed no later than: | Apr. 5, 2024 (except for Mr. Rogas's deposition to be completed on April 23, 2024, as agreed by all Parties) |
| All counsel to meet face-to-face to discuss settlement no later than: | May 10, 2024 |
| Date recommended by counsel for alternative dispute resolution: | May 21, 2024 |

| | |
|---|---|
| Defense Summary Judgment Motion no later than: | June 7, 2024[*] |
| Response to any Summary Judgment Motion no later than: | June 21, 2024 |
| Reply in support of any Summary Judgment motion no later than: | June 28, 2024 |
| Joint Pre-Trial Order Per Individual Rule of Practice 5.A: | August 1, 2024 |
| Pre-Trial Submissions Per Individual Rule of Practice 5.B: including joint jury instructions, proposed voire dire questions, a joint verdict sheet, and any motions in limine: | August 1, 2024 |
| Responses to Any Motions in Limine: | August 15, 2024 |
| Final Pretrial Conference: | September 11, 2024 at 12:00 PM |
| Trial Date: | September 16, 2024 |

**SO ORDERED.**

Date: New York, New York
April 10, 2024

RICHARD M. BERMAN, U.S.D.J

---

[*] Page limit of motion and response: 18 pages (double spaced)
Reply: 10 pages (double spaced)