UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

v.

ADAM P. ROGAS and PAUL G. KOROL,

*Defendants,*

and

NS8 FP, LLC, MVP 2020, LLC, and ROGASSI ENTERPRISES, LLC,

*Relief Defendants.*

20-CV-7628 (RMB)

**ORDER**

---

The Court having considered the record herein, including the conference held on April 10, 2024, the parties' joint letter dated April 12, 2024 (Doc. 172), and Defendant Adam Rogas' letter dated May 7, 2024 (Doc. 187), it is hereby ordered that the following is the amended briefing schedule in this case:

1. Plaintiff United States Securities and Exchange Commission Motion and Supporting Brief (15 pages double spaced) by May 3, 2024;

2. Defendant to respond to Plaintiff's Motion and cross move (20 pages double spaced) by May 17, 2024;

3. Plaintiff to respond to Defendant's Motion and reply to Defendant's response (13 pages double spaced) by May 31, 2024; and

4. Defendant to reply (8 pages double spaced) by June 7, 2024.

With regard to any officer/director bar, that briefing is deferred at this time.

Date: New York, New York
May 8, 2024

_____
**RICHARD M. BERMAN, U.S.D.J**