UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        *Plaintiff*,

v.

ADAM P. ROGAS and PAUL G. KOROL,

        *Defendants*,
and

NS8 FP, LLC, MVP 2020, LLC, and ROGASSI ENTERPRISES, LLC,

        *Relief Defendants*.

20-CV-7628 (RMB)

ORDER

It is hereby ordered, the pending Summary Judgment Motion schedule is back on track, and is amended as follows:

|  | Date |
|---|---|
| Defense (Paul G. Korol) Summary Judgment Motion no later than: | June 17, 2024[*] |
| Response to any Summary Judgment Motion no later than: | July 1, 2024 |
| Reply in support of any Summary Judgment motion no later than: | July 8, 2024 |

All other dates set forth in the April 10, 2024 Order (ECF No. 171) remain, including trial schedule.

**SO ORDERED.**

Date: June 10, 2024
New York, New York

                                      *RMB*
                              RICHARD M. BERMAN, U.S.D.J

---

[*] Page limit of motion and response: 18 pages (double spaced)
Reply: 10 pages (double spaced)