**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
:
                     Plaintiff, :    20 CV. 7628 (RMB)
:
    - against - :    **ORDER**
:
ADAM P. ROGAS, :
:
                 Defendant. :
---------------------------------------------------------------x

    The oral argument is scheduled for Thursday, June 27, 2024 at 1:00 P.M.

    In the absence of defense objection, the proceeding will be held by video.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 493 679 884#

Dated: June 18, 2024
       New York, NY

                                                  _____
                                                 **RICHARD M. BERMAN**
                                                       **U.S.D.J.**