**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
:
                            Plaintiff, :      20 CV. 7628 (RMB)
:
      - against - :      **ORDER**
:
ADAM P. ROGAS, :
:
                        Defendant. :
-----------------------------------------------------------------x

The oral argument previously scheduled for Thursday, June 27, 2024 at 1:00 P.M. is hereby rescheduled to Wednesday, July 10, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:
    Dial-in Number: (646) 453-4442
    Conference ID: 493 679 884#

Dated: June 26, 2024
       New York, NY

                                                   **RICHARD M. BERMAN**
                                                      **U.S.D.J.**