UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br> v.<br><br>ADAM P. ROGAS and PAUL G. KOROL,<br><br>    *Defendants*,<br> and<br><br>NS8 FP, LLC, MVP 2020, LLC, and ROGASSI ENTERPRISES, LLC,<br><br>    *Relief Defendants*. | 20-CV-7628 (RMB)<br><br>**ORDER** |

  The Court having considered the record herein, including the Plaintiff United States Securities and Exchange Commission's ("SEC") letter dated September 6, 2024 (Doc. 212), hereby orders the following briefing schedule regarding the appropriate length of any Officer and Director Bar:

1. Plaintiff SEC Opening Brief (up to 15 pages double spaced) by October 7, 2024;

2. Defendant Rogas to respond to Plaintiff's Opening Brief (up to 15 pages double spaced) by October 21, 2024; and

3. Plaintiff to reply to Defendant's response (up to 3 pages double spaced) by October 28, 2024.

Date: September 18, 2024
New York, New York

                        _____
                        **RICHARD M. BERMAN, U.S.D.J.**